CANDALA, Respondent, v. SCHENECTADY ORPHEUM THEATRE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Anthony Candala against the Schenectady Orpheum Theatre Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the damages to $250, in which case the judgment, as so modified, and order, affirmed, without costs. The court dis-

approves of the finding of fact that the defendant had knowledge of the quarrelsome disposition of its employé; the court finding that no exemplary damages are warranted by the evidence.

WOODWARD, J., votes for affirmance.